IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBBIE GHOREYAN-WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil No.   14-cv-615-CJP |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act.   **(Doc. 34).**

Defendant's response to the motion states that the parties have agreed that plaintiff is entitled to $4,200.00 for attorney's fees and expenses.   See, **Doc. 35.**

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

Plaintiff's Motion **(Doc. 34)** is **GRANTED**.   The Court awards plaintiff Debbie Ghoreyan-White the sum of **$4,200.00** (four thousand and two hundred eleven dollars) for attorney's fees and expenses pursuant to the Equal Access to Justice Act.   These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   However, in accordance with the parties' agreement, any part of the

award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   August 27, 2015.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
